**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ADAM THEODORE KORNUTH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BOOZ ALLEN HAMILTON INC.,**<br><br>**Defendant.** | **Civil Action No. 1:26-CV-00995-LMB-WBP** |

**STIPULATION OF UNCONTESTED FACTS**

1. Plaintiff Adam Theodore Kornuth ("Mr. Kornuth") and Defendant Booz Allen Hamilton Inc. ("Booz Allen"), by their respective counsel, and pursuant to the Court's April 20, 2026 (Dkt. No. 5) Order, stipulate to the following uncontested facts: Booz Allen is a government contractor and technology consulting firm with headquarters in McLean, Virginia.

2. On May 13, 2024, Mr. Kornuth began his employment with Booz Allen as a Lead Associate and Senior Lead Technologist in Booz Allen's Chief Technology Office ("CTO").

3. By July 2024, Mr. Kornuth reported to Senior Associate Dan McConnell as his Career Manager.

4. Mr. Kornuth was notified of his termination in a meeting on April 29, 2025 with Mr. Sanghvi, who was Mr. Kornuth's second-level supervisor, and Human Resources representative Cory Belle. During the call, Mr. Kornuth was informed that his last date of employment with Booz Allen would be May 13, 2025, unless he obtained billable work prior to that date.

5. After Mr. Kornuth was not successful in obtaining billable work, his employment with Booz Allen ended on May 13, 2025.

6. Mr. Kornuth's supervisor, Mr. McConnell, voluntarily resigned his employment with Booz Allen effective May 23, 2025, to pursue an employment opportunity elsewhere.

Dated: August 20, 2026

Respectfully submitted,

**ADAM THEODORE KORNUTH**

By his Counsel:

*/s/ Thomas E. Strelka (w/consent)*

Thomas E. Strelka, Bar No. 75488
VIRGINIA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
Telephone: 540.283.0802
thomas@vaemployment.law

**BOOZ ALLEN HAMILTON INC.**

By its Counsel:

*/s/ Lauren M. Bridenbaugh*

Alexander P. Berg, Bar No. 95557
aberg@littler.com
Lauren M. Bridenbaugh, Bar No. 90586
lbridenbaugh@littler.com
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, VA 22102
Telephone: 703.442.8425
Facsimile: 703.552.7679

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2026 a true and correct copy of the foregoing Stipulation of Uncontested Facts was served upon all parties by electronic notification of the court's filing system, addressed as follows:

Thomas E. Strelka, Bar No. 75488
VIRGINIA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
Telephone: 540.283.0802
thomas@vaemployment.law

*Counsel for Plaintiff*

*/s/ Lauren M. Bridenbaugh*
Lauren M. Bridenbaugh